BOOTHE ET AL. *v.* DRIVER ET AL.

From the Hamilton Circuit Court.

*T. J. Kane* and *A. F. Shirts,* for appellants.

*D. Moss* and *F. M. Trissal,* for appellees.

DOWNEY, C. J.—This was an action by the appellees against the appellants, to foreclose a mortgage. In the circuit court, there was judgment for the plaintiffs. Time was given in which to file a bill of exceptions, but none was ever filed. The error assigned is the overruling of a motion made by the defendants for a new trial. There being no bill of excep-

tions in the record, and no question presented not dependent upon a bill of exceptions, there is nothing for us to decide.

The judgment is affirmed, with four per cent. damages and costs.